1  THOMAS P. O'BRIEN
United States Attorney
2  LEON W. WEIDMAN
Assistant United States Attorney
3  NANCY M. LISEWSKI
Special Assistant United States Attorney
4
333 Market Street, Suite 1500
5  San Francisco, California 94105
Telephone: (415) 977-8943
6  Facsimile: (415) 744-0134
E-Mail: nancy.lisewski@ssa.gov

**JS-6**

7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIA RENDON, | Case No.: CV 07-6550 OP |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: June 19, 2008     _____

OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE